| | |
|---|---|
| 1 | Deborah S. Birnbach (*Pro Hac Vice*) |
| 2 | dbirnbach@goodwinprocter.com<br>**GOODWIN PROCTER LLP** |
| 3 | 100 Northern Avenue<br>Boston, Massachusetts 02210 |
| 4 | Tel.:  617.570.1000<br>Fax.:  617.523.1231 |
| 5 | Lloyd Winawer (SBN 157823) |
| 6 | lwinawer@goodwinprocter.com<br>Nicole L. Chessari (SBN 259970) |
| 7 | nchessari@goodwinprocter.com<br>**GOODWIN PROCTER LLP** |
| 8 | 135 Commonwealth Drive<br>Menlo Park, California 94025 |
| 9 | Tel.:  650.752.3100<br>Fax.:  650.853.1038 |
| 10 | *Attorneys for Defendants and Nominal Defendant* |
| 11 | |
| 12 | *[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MICHELE OGLINA, DERIVATIVELY AND ON BEHALF OF AMPIO PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL MACALUSO, DAVID BAR-OR, PHILIP H. COELHO, RICHARD B. GILES, DAVID R. STEVENS, VAUGHAN L. CLIFT, MARK D. MCGREGOR, AND GREGORY A. GOULD,<br><br>    Defendants,<br>  and<br><br>AMPIO PHARMACEUTICALS, INC.,<br><br>    Nominal Defendant. | CASE NO. 2:15-cv-05970-TJH-PJW<br><br>**JOINT STATUS REPORT**<br><br>Judge:          Judge Terry J. Hatter, Jr.<br>Courtroom:   17 – Spring St.<br>Action Filed: August 6, 2015 |

1 | Defendants Michael Macaluso, David Bar-Or, Philip H. Coelho, Richard B. Giles, David R. Stevens, Vaughan L. Clift, Mark D. McGregor, and Gregory A. Gould (the "Individual Defendants"), nominal defendant Ampio Pharmaceuticals, Inc. (collectively with the Individual Defendants, "Defendants"), and plaintiff Michele Oglina submit this Joint Status Report pursuant to the Court's October 3, 2016 Order and Notice to All Parties (Dkt. No. 20).

The parties advise that this action remains stayed pursuant to the parties' September 16, 2015 Joint Stipulation Accepting Service and Setting Schedule (Dkt. No. 15) and the Court's corresponding September 22, 2015 Order Accepting Service and Setting Schedule (Dkt. No. 17).  On September 27, 2016, Plaintiffs filed a Second Amended Complaint in the related class action lawsuit, *Harr v. Ampio Pharmaceuticals, Inc. et al.*, Case No. CV-15-3474-TJH, after the Court granted Defendants' motion to dismiss with leave to amend.  Defendants' deadline to respond to that complaint is November 11, 2016.  Discovery in the class action remains stayed pursuant to the automatic stay under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B), pending the outcome of Defendants' Motion to Dismiss the Second Amended Complaint.

Dated: October 31, 2016

Respectfully submitted,

**GOODWIN PROCTER LLP**

/s/ Lloyd Winawer
Lloyd Winawer
Nicole L. Chessari
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone:  650.752.3100
Fax:  650.853.1038
Email:  *nchessari@goodwinprocter.com*
Email:  *lwinawer@goodwinprocter.com*

Deborah S. Birnbach (*Pro Hac Vice*)
100 Northern Avenue
Boston, Massachusetts 02210
Telephone:  617.570.1000
Fax:  617.523.1231

| | | |
|---|---|---|
| 1 | | Email:  *dbirnbach@goodwinprocter.com* |
| 2 | | *Attorneys for Defendants and Nominal Defendant* |
| 3 | | |
| 4 | Dated: October 31, 2016 | **THE BROWN LAW FIRM, P.C.** |
| 5 | | |
| 6 | | /s/ Timothy W. Brown (*w/ permission*) <br> Timothy W. Brown (*Pro Hac Vice*) <br> 127A Cove Road |
| 7 | | Oyster Bay Cove, NY 11771 <br> Telephone:  (516) 922-5427 |
| 8 | | Email:  *tbrown@thebrownlawfirm.net* |
| 9 | | **THE BROWN LAW FIRM, P.C.** |
| 10 | | Robert C. Moest, Of Counsel, SBN 62166 <br> 2530 Wilshire Boulevard, Second Floor <br> Santa Monica, CA 90403 |
| 11 | | Telephone:  (310) 915-6628 <br> Fax:  (310) 915-9897 |
| 12 | | Email:  *RMoest@aol.com* |
| 13 | | *Attorneys for Plaintiff* |